# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS HEALTH AND WELFARE FUND and CHARLES A. WHOBREY, as Trustee, ) ) ) ) ) | Case No. 21-cv-6120 |
| *Plaintiffs,* ) ) | Judge Sara L. Ellis |
| v. ) ) ) | Magistrate Judge Heather K. McShain |
| SDT Trucking, Inc., an Illinois corporation, ) ) ) | |
| *Defendant*. ) | |

## JUDGMENT ORDER

This matter coming before the Court on Plaintiffs' Motion for Entry of Default and Default Judgment, and the Court having reviewed the Motion along with the supporting materials, hereby FINDS, ADJUDGES, and ORDERS as follows:

    A.    That Defendant SDT Trucking, Inc., is adjudged to be in default.

    B.    That a default judgment is entered against Defendant SDT Trucking, Inc.

    C.    That Plaintiffs, Central States, Southeast and Southwest Areas Health and Welfare Fund and Charles A. Whobrey, Trustee, have and recover judgment from and against Defendant SDT Trucking, Inc., in the total amount of $24,829.35. This amount consists of: (i) unpaid contributions in the amount of $18,761.87 for the period of May 30, 2021 through October 9, 2021; (ii) interest on the unpaid contributions in the amount of $477.61 through February 7, 2022; (iii) statutory damages in the amount of $3,752.37; (iv) attorney's fees in the amount of $1,305.50; and (v) costs in the amount of $532.00.

1

D.	That Plaintiffs are awarded post-judgment interest on the entire judgment balance at the greater of: (i) annualized interest rate equal to two percent (2%) plus the prime interest rate established by JPMorgan Chase Bank, NA for the fifteenth day of the months for which the interest in charged; or (ii) an annualized interest rate of seven and one-half percent (7.5%), compounded annually.

E.	That specifically excluded from this judgment and not barred under the doctrines of res judicata, collateral estoppel, or claim preclusion are: (i) any claim for contributions (or interest thereon) for any periods other than the periods of May 30, 2021 through October 9, 2021, and (ii) any claim for employer contributions (or interest and statutory damages thereon) for any period of time (including the period of May 30, 2021, through October 9, 2021) on behalf of employees whose work history was not reported or was inaccurately reported to Central States, Southeast and Southwest Areas Health and Welfare Fund.

F.	That Plaintiffs, Central States, Southeast and Southwest Areas Health and Welfare Fund and Charles A. Whobrey, Trustee, may proceed with collection of the judgment granted.

Dated: <u>February 28, 2022</u>　　　　　　　Enter: _____
　　　　　　　　　　　　　　　　　　　　　　　Honorable Sara L. Ellis
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge